FRANK J. QUAYLE, JR., Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action to recover a part of the plaintiff's salary withheld by the defendant, the plaintiff had judgment on the pleadings. The sole question presented in this court was whether the plaintiff, by accepting checks for lesser sums than the amount due on his salary, had waived his rights and that there had been accord and satisfaction under the provisions of section 149 of the Greater New York Charter. Judgment unanimously affirmed, with ten dollars costs and disbursements. There was no waiver or accord and satisfaction. (*Matter of Flaherty* v. *Craig*, 184 App. Div. 428, 432; revd. on other grounds, 226 N. Y. 76; *Wright* v. *State of New York*, 223 id. 44; *Matter of People ex rel. Davis* v. *Berry*, 240 App. Div. 986.) Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

RAE RANZAL, on Behalf of Herself and All Others Similarly Situated, Respondent, v. CHARLES C. HOOD, JAMES T. MONAHAN, F. SIDNEY BANCROFT, ALFRED C. ROBJENT and 117-14 UNION TURNPIKE, INC., Appellants, and Others, Defendants. — Order denying motion of the appealing defendants, made under rule 106 of the Rules of Civil Practice, to dismiss the complaint, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Plaintiff is not a party to the voting trust agreement which she seeks to have annulled, nor is she a stockholder of the appellant corporation, whose officers she charges with misconduct and seeks to have account. Therefore, she may not maintain this representative action. Hagarty, Carswell, Johnston and Adel, JJ., concur; Davis, J., dissents and votes to affirm on the ground that the complaint shows plaintiff has been wronged and equity will take cognizance of her case. (*Clinton Trust Co.* v. *142-144 Joralemon Street Corp.*, 237 App. Div. 789.)